[No. 15246-1-II.   Division Two.   April 8, 1994.]

CARMIE J. WHITE, ET AL, *Respondents*, v. MARILOU D. DAWSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 90-2-00673-8, Grant S. Meiner, J., entered August 9, 1991. *Reversed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 15584-2-II.   Division Two.   April 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY TARRER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-00712-0, Brian M. Tollefson, J., entered November 21, 1991. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Alexander and Houghton, JJ.

[No. 32750-0-I.   Division One.   April 11, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL CARVEL WALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02169-9, Jo Anne Alumbaugh, J., entered March 3, 1993. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Coleman and Kennedy, JJ.